**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00312-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARIA DOLORES ZUBIA-FLORES,
      a/k/a Tania Carrera,
      a/k/a Maria Delores Zubiia,
      a/k/a Maria Montes,

      Defendant.

---

**MINUTE ORDER**[1]

---

On September 13, 2012, the court conducted a telephonic setting conference with counsel for the government and representative with scheduling authority for counsel for the defendant. After conferring with the parties and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Change of Plea/Sentencing Hearing is set for **November 2, 2012, at 2:30 p.m.**, at which counsel and the defendant shall appear without further notice or order;

2. That to the extent necessary the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant; and

3. That the probation department shall prepare and file an expedited/modified presentence investigation report.

Dated: September 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.