**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00312-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MARIA DOLORES ZUBIA-FLORES,
      a/k/a Tania Carrera,
      a/k/a Maria Delores Zubiia,
      a/k/a Maria Montes,

      Defendant.

---

## MINUTE ORDER[1]

---

Due to a conflict arising on the court's calendar, the continuation of the jury trial in 10-cv-01569-REB-KMT, ***Duran v. Koehler***, the change of plea hearing set for Friday, November 2, 2012, is **VACATED** and is **CONTINUED** pending further order of court. On **November 1, 2012**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing in this matter. Counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: October 23, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.