IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00312-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIA DOLORES ZUBIA-FLORES,
    a/k/a Tania Carrera,
    a/k/a Maria Delores Zubiia,
    a/k/a Maria Montes,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on November 14, 2012,

**IT IS ORDERED** that Defendant Maria Dolores Zubia-Flores is sentenced to **time served**.

Dated: November 14, 2012

                BY THE COURT:

                s/ Robert E. Blackburn
                ROBERT E. BLACKBURN,
                UNITED STATES DISTRICT JUDGE